UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20228-BLOOM/Elfenbein

BRENDA SMITH,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Plaintiff's Expedited Motion to Enforce Settlement Agreement with Defendant Wal-Mart Stores, East and for Sanctions ("Motion"). ECF No. [35]. On October 7, 2025, the Court referred the Motion to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendation ("R&R"). ECF No. [42]. On December 5, 2025, Judge Elfenbein issued an R&R recommending that the Motion be granted in part and denied in part. ECF No. [56]. Judge Elfenbein advised the parties that they "have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections[.]" *Id.* at 9. To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore adopts the analysis in the R&R.

Case No. 25-cv-20228-BLOOM/Elfenbein

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [56]**, is **ADOPTED**.

2. Plaintiff's Expedited Motion to Enforce Settlement Agreement with Defendant Wal-Mart Stores, East and for Sanctions, **ECF No. [35],** is **GRANTED IN PART and DENIED IN PART.**

3. Defendant Wal-Mart Stores, East shall deliver the settlement check to Plaintiff Brenda Smith **on or before December 25, 2025**.

4. Plaintiff's request for sanctions is **DENIED.**

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on December 22, 2025.

*[signature]*

BETH BLOOM
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record